AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:23-mj-00350 |
| Troy James Terino | ) | Assigned To : Faruqui, Zia M. |
| DOB: ▮ | ) | Assign. Date : 12/13/2023 |
|  | ) | Description: COMPLAINT W/ARREST WARRANT |
|  | ) | |
|  | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds, | |
| 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds, | |
| 40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building, | |
| 40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building. | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

▮
*Complainant's signature*

▮, Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __12/13/2023__

_____
*Judge's signature*

City and state: __Washington, D.C.__   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*