**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,
Plaintiff

vs.                                              CASE NO.  1:23-mj-00350-ZMF-1

TROY TERINO,
Defendant
_____/

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.2(D) of the Local Rules of the United States District Court for the District of Columbia, the undersigned counsel, hereby moves this Court for an Order to admit MARK J. O'BRIEN, ESQUIRE, to practice Pro Hac Vice to appear as counsel for Defendant TROY TERINO, in the above-captioned action.

1. I am a member in good standing of the United States District Court for the District of Columbia.  I am local counsel sponsoring Mr. O'Brien in his request for admission pro hac vice.

2. Mr. O'Brien's contact information is as follows: Mark J. O'Brien, O'Brien Hatfield, P.A., Bayshore Executive Center, Suite 330, Tampa, Florida 33606, phone (813) 228-6989, email, mjo@markjobrien.com.

3. Mr. O'Brien is a member good standing of the bar of the State of Florida, the United States District Courts for the Middle, Northern and Southern Districts of Florida, and there are no pending disciplinary proceedings against him in any state of federal court.  An affidavit verifying his good standing in the above-referenced courts is attached to this motion.

Dated: December 25, 2023                                  Respectfully Submitted,

***/ Bjorn Brunvand***
BJORN BRUNVAND, ESQUIRE
BRUNVAND WISE, P.A.
615 Turner Street
Clearwater, Florida 33756
(727) 446-7505
E - mail: Bjorn@acquitter.com
Florida Bar No. 0831077