AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT

for the

## Middle District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Elizabeth M. Warren**, Clerk of this Court, do hereby certify that

**Mark J. O'Brien**, Florida Bar # **0160210**, was duly admitted to practice in this

Court on **December 19, 2002**, and is in good standing as a member of the Bar

of this Court.

Dated at: **Orlando, Florida** on December 22, 2023.



**Elizabeth M. Warren**

*Clerk of Court*