UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
Plaintiff

vs.  CASE NO. 1:23-mj-00350-ZMF-1

TROY TERINO,
Defendant
_____/

ORDER

Upon consideration of the Motion for Mark J. O'Brien, Esquire to appear Pro Hac Vice in the above captioned case, and the entire record therein, it is, this ___ day of, _____, 202__.

ORDERED that the Motion is Granted.

_____
Zia M. Faruqui Magistrate Judge